1200

No. 84–915.   BURLINGTON NORTHERN RAILROAD CO. *v.* KANSAS POWER & LIGHT CO. ET AL.   C. A. 10th Cir.   Certiorari dismissed under this Court's Rule 53.

## FEBRUARY 14, 1985

No. 84–1220.   G. HEILEMAN BREWING CO., INC., ET AL. *v.* CHRISTIAN SCHMIDT BREWING CO. ET AL.   C. A. 6th Cir.   Petition for writ of certiorari and motion to expedite consideration of the petition dismissed under this Court's Rule 53.

No. 84–935.   H. S. CROCKER CO., INC. *v.* OSTROFE.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.

## FEBRUARY 19, 1985*

No. 84–827.   WESTHAFER, JUDGE, CIRCUIT COURT OF DECATUR COUNTY, INDIANA, ET AL. *v.* WORRELL NEWSPAPERS OF INDIANA, INC., DBA GREENSBURG DAILY NEWS, ET AL.   Affirmed on appeal from C. A. 7th Cir.   JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.

No. 84–833.   BEAN DREDGING CORP. *v.* ALABAMA.   Appeal from Ct. Civ. App. Ala. dismissed for want of substantial federal question.

No. 84–918.   UNION CENTRAL LIFE INSURANCE CO. *v.* LIMBACH, TAX COMMISSIONER OF OHIO.   Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.